## FOURTH DISTRICT.

---

**John L. Anselment, defendant in error, v. Louisville & Nashville Railroad Company, plaintiff in error.**

Action to recover for personal injuries to passenger in alighting from train. Judgment for plaintiff. Error to the Circuit Court of Hamilton county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919. Rehearing denied November 6, 1919.

J. M. Hamill and C. P. Hamill, for plaintiff in error. J. S. Sneed and H. Anderson, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.